JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO RENGEL, ) | NO. CV 18-1605-DOC (KS) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| WARDEN, ) | |
| Respondent. ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: April 9, 2018

 /s/ David O. Carter
 DAVID O. CARTER
 UNITED STATES DISTRICT JUDGE